FORM TO BE USED BY FEDERAL PRISONERS FOR FILING A PETITION FOR WRIT OF
HABEAS CORPUS UNDER TITLE 28 U.S.C. § 2241

IN THE UNITED STATES DISTRICT COURT

FOR THE

Forest Gilliam #37541-060
_____
Petitioner
F.M.C. Ft. Devens - (S.H.U.)
P.O. Box 879
Ayer, Massachusetts 01432
(Full name under which you were convicted;
Prison Number; Full Mailing Address).

VS.

Warden David L. Winn
_____
Respondent(s)

CIVIL ACTION NO. _____

04-40217 RGS

(Name of Warden or other authorized person
having custody of Petitioner).

PLEASE COMPLETE THE FOLLOWING. READ THE ENTIRE PETITION BEFORE FILLING IT
OUT. ANSWER THOSE QUESTIONS WHICH PERTAIN TO YOUR TYPE OF CLAIM.

1. This petition concerns: (check appropriate blank)

_____ A conviction
_____ A sentence (CAUTION: If you are attacking a sentence imposed under a Federal Judgment, you
          must file a direct motion under 28 U.S.C. § 2255 in the Federal Court which entered the
          Judgment).
_____ Jail or prison conditions
_____ Prison discipline issue
_____ A parole problem
___✓___ Other. State briefly: Transfer/Redesignation to another low security
institution because of security issues and concerning other
inmate(s) that are housed here at Ft. Devens. Also, Separation order(s)
concerning Petitioners codefendants - who has relatives, friends, associate and
acquaintances here at Devens. As well as Thomas Daugherty being at Devens.
2. Place of detention: Federal Medical Center Ft. Devens - Ayer, Massachusetts

1

**HAVE YOU FILED PREVIOUS PETITIONS FOR HABEAS CORPUS MOTION UNDER TITLE 28 U.S.C. § 2255, OR ANY APPLICATIONS, PETITONS OR MOTIONS WITH RESPECT TO THIS CONVICTION?**

___✓___ Yes   _____ No

3. If your answer is "yes," give the following information:

a. Name of the Court: 2255: Northern District of Ohio / Also: 2241: Middle District of Pa.

b. Nature of proceeding: 2255 - Concerning leader & organizer. / Also: 2241 - concerning illegal & incorrectly calculated sentence(s).

c. Grounds raised: 2255: Ineffective assistance of counsel for given the time by the judge to argue the issue(s) of leader & organizer and counsel never did. 2241 - Because the record office staff under Respondent/Warden refuses to honor Judges Order concerning Petitioners sentence(s) by way of sentencing transcript and J.& C.

d. Result: 2255 was denied because of no direct appeal. 2241 - Still Pending!

e. Date of result: 2255 - July - Aug 2003.  2241 - Still Pending!

f. Citation or number of any written opinion or order entered pursuant to each such disposition: Petitioners legal work has been misplaced/lost by the institution so he has no such info. And Petitioner is indigent and needs copies of such documents but the court will not send Petitioner copies.

4. If you did not file a motion under section 2255 of Title 28 U.S.C., or if you filed a motion and it was denied, state why your remedy by way of such motion is inadequate or ineffective to test the legality of your detention: Because this issue at hand "to date" concerns petitioners safety and well being while residing here at F.M.C.-Ft. Devens and is not to test petitioners legality of his detention.

5. Does counsel presently represent you? _____ Yes ___✓___ No

If so, Name address and phone number of counsel: _____

6. Name and location of court, which imposed sentence: Northern District of Ohio - Youngstown, Ohio U.S. District Courthouse.

2

7. Indictment or case number, if known: 1:00CR00080-002 & 1:01CR211

8. Offense or Offenses for which sentence was imposed: 1-Count of Bank Larceny & a 2-Count indictment for Theft Conspiracy & Hobbs Act Robbery.

9. Date upon which sentence was imposed and the term of the sentence: 1:00CR00080-002 - July 27, 2000. (41 mos.) 1:01CR211 - on or about June 2002 - 92 mos. both sentences were to run concurrent But the B.O.P. is running those sentences consecutive.

10. When was a finding of guilt made? (Check one)
   ✓  After a plea of guilty

   _____ After a plea of not guilty

   _____ After a plea of Nolo Contendre

11. If you were found guilty after a plea of not guilty, was that finding made by:
   _____ A jury

   _____ A judge without a jury

12. Did you appeal the judgment of the conviction or the imposition of a sentence? _____ Yes ✓ No

13. If you did appeal, give the following information for each appeal:

a. Name of court: _____

b. Result: _____

c. Date of result: _____

d. Citation or number of opinion: _____

e. Grounds raised: (List each one)
_____
_____
_____
_____
_____
_____

**NOTE: If you appealed more than once, attach an additional sheet of paper the same size, give all the information requested above in question number 13, a through e. DO NOT WRITE ON BACK OF PAGE.**

14. Summarize <u>briefly</u> the facts supporting each ground. If necessary attach a single page behind this page.

**CAUTION:** If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.

a. Ground one: Petitioners A.U.S.A. has not and will not honor Petitioners plea agreement, sentencing transcript & Judgement & Commitment. And the staff here at Devens will not assist me with the much needed legal supplies etc.

Supporting Facts: (Tell your story BRIEFLY without citing cases or law. You are CAUTIONED that you must state facts not <u>conclusions,</u> in support of your grounds. E.g., who did exactly what to violate your rights at what time or place).

At Petitioners sentencing on or about June 2002 - Because of Petitioners cooperation with the U.S. Government, Petitioners A.U.S.A. Edward Feran verbally agreed to Petitioner (with Petitioners counsel present), as well as agreeing in open court by way of sentencing transcript in indictment (1:01CR211), to have Petitioner sent to F.C.I. Milan in Michigan so as to avoid future security issues concerning Petitioners cooperation with the gov. Petitioners A.U.S.A. agreed to call the region to make this happen for Petitioner. And because of my refusal of population the staff will not provide me with any assistance.

b. Ground Two: Petitioner & his family has been threatened verbally and by way of letters - messages etc. Petitioners A.U.S.A. refuses to do anything about it.

Supporting Facts: On or about June-July 2002 Petitioner & his families safety was verbally threatened in front of a County C.O.'s & U.S. Marshal by 2 of his codefendants. On or about July 2002 Petitioner received a threatening letter and court documents with Petitioners name on it concerning testifying against 2-3 codefendants. Petitioner made copies of all such letter and documents and sent copies to all parties concerned: Petitioners Counsel, his A.U.S.A. Ed Feran, and sentencing Judge Peter C. Economus in Youngstown, Ohio.

Ground Three: Petitioner has had several altercations concerning his safety and well being while residing in the federal B.O.P. till a civil action has been filed in support of - (3:04-CV-1937) now residing in the Middle District of Pa.

Supporting Facts: Since Petitioners return from act on Writ of 11/7/02 Petitioner was not to return to F.C.I. Elkton (per sentencing transcript) but was returned there anyway because of Petitioners A.U.S.A.'s neglect to honor agreement Petitioner had to be transferred A.S.A.P.! While residing at F.C.I. Allenwood Petitioner had several altercations with other inmates because an inmate Thomas Daugherty (who is now here at Devens) told other inmates that Petitioner was an informant etc. which eventually caused Petitioner to file his civil action concerning harrassment from other inmates & being lied on by authorities of the Millcreek Police Dept. in Erie, Pa. concerning an N.B.A. Player - case no. (3:04-CV-1937). And even before Petitioners arrival at Ft. Devens he has protested being sent to Devens by way of letters to the Regional Director, to Mr. Thomas Woodburn of the regional office and upon arriving at Devens on 7/27/04 Petitioner has refused being placed in population and has since been residing in the S.H.U. - (the hole) under "protective custody". And Petitioner has been told that he will remain in the S.H.U. until 2008 unless or until he agrees to enter population here at Devens. And Petitioners staff here at Devens refuses to assist

15. If this petition concerns jail or prison conditions, prison discipline, a parole problem or other cause under 28 U.S.C. § 2241, answer the following:

a. Did you present the facts in relation to your present complaint in the internal prison grievance procedure?

____✓____ Yes _____ No

(1) If your answer to "a" above is yes, what was the result? _Denied_____

(2) If your answer to "a" above is no, explain: _____

b. Did you present your claim to the Bureau of Prisons or other federal agency for administrative action?

____✓____ Yes _____ No

(1) If your answer is "yes," state the date such claim was submitted and what action, if any has been taken:
On or about July 26, 2004 Petitioner wrote the N.E. Regional Director. On or about Aug. 2, 200 Petitioner wrote Thomas Washburn of the N.E. Region. Also, On or about mid July Petitioner wrote Thomas Washburn. Denied pending chain of administrative remedies.

(2) If your claim has not been acted on, attach copies of any correspondence you have received from the Bureau of Prisons or other federal agency concerning you. Copies Attached!!

c. **STATEMENT OF CLAIM:** State here as briefly as possible the facts of your case. DO NOT give any legal arguments or cite any cases or any statutes. Attach extra pages of the same size to this page if more room is necessary. DO NOT write on the reverse side of this page.

Because of Petitioners cooperation with the U.S. Gov. and being lied on by authorities of the Millcreek Police Dept. in Erie, Pa. & Petitioners A.U.S.A. will not honor Petitioner and his agreement to have Petitioner sent to F.C.I. Milan in Michigan, so as to avoid future security issues, Petitioner has continuously had security issues at Elkton on or about 11/7/02, was forced to file a civil action while residing at F.C.I. Allenwood med. case no.(3:04-CV-1937) ordered on Aug. 27, 2004 to be moved to the Middle Dist. of Pa. — concerning harrassment from other inmates being lied on by authorities etc. And since Petitioners acknowledgment of being designated to Ft. Devens on or about June-July 2004 Petitioner has continuously tried to avoid even being sent to Devens by confronting his unit team while still residing at Allenwood, writing the region while still at Allenwood. Petitioner even expressed his security fears to and with his unit case mgr. at M.D.C. Bklyn. while enroute to Devens, has spoken with all staff members concerned at Devens, as well as the Warden, started administrative procedures concerning his security issues and fears of being housed at Devens, and has since contacted Senator C.J. Prentiss who then contacted Congresswoman Stephanie Tubbs-Jones to assist with his issue

_Petitioners summary in support of this brief is attached._

5

**16. RELIEF:** state briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

First and foremost, Petitioner requests and/or begs this Honorable Court to order Petitioner transferred to another low security inst. because Petitioner fears for his safety while residing at Ft. Devens and will not under any circumstances place himself in harms way by entering population here at Devens. Petitioner has been in the S.H.U. (the hole) since his arrival at Devens on 7/27/04. Also, According to Petitioners Senten. Trans., Petitioner requests to have his A.U.S.A. honor their agreement(s) and have Petitioner sent to F.C.I. Milan in Mich. so in accord with agreements between both parties (verbally, as well as in open court) See Petitioners Sentencing Transcript and J.&C. And to have Petitioners A.U.S.A. grant Petitioner the "downward departure" so in accord with 5K.1 for Petitioners continuous harassment here in the B.O.P. as well as for the threats – verbally & by way of a threatening letter that was sent to Petitioner that went neglected and/or ignored by the Petitioners A.U.S.A. and the court in the Northern District of Ohio. Petitioners counsel at the time told him that because of the threats and the letter, the A.U.S.A. had to file such a motion in court concerning a downward departure and after all evidence was sent to the court concerning the threats it was and has been ignored and these sensitive issues need to be addressed A.S.A.P., Please! And remove all sanctions that have been bestowed upon me by Devens because of my refusing population here. Relief Continued... Nex Page(s)

Signed on this the 15th day of October, 2004.

_Forest William-Bey_
Signature of petitioner

I DECLARE (OR CERTIFY, VERIFY OR STATE) THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE OR INFORMATION AND BELIEF AND THAT ANY FALSE STATEMENTS MADE THEREIN ARE MADE SUBJECT TO THE PENALTIES OF APPLICABLE LAWS RELATING TO UNSWORN FALSIFICATIONS TO AUTHORITIES.

Executed on: Oct. 15, 2004.

_Forest William-Bey_
Signature of petitioner

6

Relief Continued...

Because, Petitioner has consciously-minded refused being placed in population since his arrival at Devens on 7/27/04, he has been blatantly lied to, ignored legal necessities - (legal envelopes, legal addresses, & court case no:'s) and told on several occasions that, "I am in the S.H.U. by choice" and so therefore, it is my own responsibility to obtain the legal necessities that I need.

However, Petitioner is being treated this way and told these things by his assigned Unit mgr. Ms. Johnson of H-unit. Who has recently stopped Petitioners assigned Case mgr. Mr. Vieijen from assisting him with his legal issues and necessities and informed the case mgr. that he is to do nothing "for me" until or unless it goes through her first.

Petitioner was just informed days ago by another unit staff member, that the Unit mgr. Ms. Johnson is quote; "pinning me/ (lying, deceiving, discouraging etc.). Ms. Johnson has personally told Petitioner on more than one occasion that, "so long as he remains in the S.H.U. it will be harder for him to receive and or obtain the things that he needs. And that if Petitioner was to accept being placed in population here at Devens it would be much easier for him." Which is a threat and or intimidation.

Therefore, Petitioner was forced to turn to the Assistant Warden Ms. Schult and Warden Winn on Thurs 10/14/04 during their rounds in the S.H.U. At which time Petitioner presented his legal issues and necessities to

(1)

all parties concerned and even handed the A.W. Ms. Schult a written request of his legal necessities.

A.W. Schult and Warden Winn assured Petitioner that his legal requests would be met etc.
And on Fri. 10/15 Petitioners Unit mgr. Ms. Johnson returned with Petitioners written request with one particular legal address enclosed, after Petitioner was lied to several times that that specific address was not in his file and all along it was, because Petitioner received it formerly from his case mgr. at Allenwood, which further indicates Ms. Johnsons unprofessional and vindictive attitude towards Petitioner because he refuses population here at Devens. And Ms. Johnson will only assist Petitioner when forced too.

Whereas, Petitioner is being directed and redirected from his unit team and education concerning his legal necessities and each party is informing Petitioner that he needs to seek the other concerning his legal issues and necessities. Leaving Petitioner distraught, confused, and discouraged to say the least. With no legal necessities to work with. Even after the Warden and A.W. Schult informed Petitioner personally, that it was the unit teams job description to assist Petitioner no matter where his whereabouts at this facility. But Petitioners assigned Unit mgr. Ms. Johnson has appeared to take Petitioners position and his refusal of population personal, Telling Petitioner, that his civil case of (3:04-CV-1937) concerning "harrassment from other inmates etc." in the Middle District of Pennsylvania, did not exist.

(2)

Especially after Petitioner explained and put in writing to the Warden, the Regional Office, and to Petitioners assigned Unit mgr. Ms. Johnson, that the inmate who helped encourage Petitioners civil case in Pa. is housed here at Devens — Thomas Daugherty. Mr. Daugherty informed anyone who would listen at Glenwood that Petitioner was a U.S. Government informant etc.

Wherefore, It is undoubtably clear that the staff here at Devens does not have the Petitioners best interest at heart. And aside from the issues mentioned by Petitioner, Petitioner is and has been issued incident reports for the same thing over and over, and is being sanctioned for trying to avoid being hurt or hurting someone else in self-defense, by refusing population here at Devens, because certain inmates are housed here that Petitioner should not be around — per fearing for his safety and well being.

Aside from Petitioner being told that Unit mgr. Ms. Johnson is personally trying to discourage him into entering harms way by accepting population here at Devens, Ft. Devens is a medical facility and a pedophile/sex offenders institution and Petitioner has neither case(s) or profile. Petitioner is from Ohio, considered to be a "model inmate", has not seen his family in over two (2) yrs., has a "$55.000" restitution to pay towards, among other legal obligations, fears for his life while residing at Devens, and therefore, begs this Honorable Court to please have Petitioner sent to another more productive, resourceful "low security" institution, that will have Petitioners best interest and vocational: trade interest at heart.

(3)

Also, Since Petitioners arrival here of 7/27/04, and because he is unable to work an institutional job - & because Petitioner resides in the S.H.U. - the hole, in fear of his safety and well being, before and during his arrival at Devens. Petitioner has been placed on refusal status and put on commissary/store restriction concerning his $355.00 restitution/F.R.P. payment. When Petitioner has respectfully paid his F.R.P. payment for 50-51 months now prior to being sent to Devens - per every 10 day period/quarter according to federal B.O.P. policy.

Wherefore, Petitioners P.S.I. states, per "Judges Order"; that Petitioner is to pay 10% of his monthly earnings. And if Petitioner cannot work because his is in the hole for fear of his safety, then how can he adhere to the "Judges Order"?

Therefore, Petitioner also respectfully requests that "all sanctions" bestowed upon him by Ft. Devens be removed or dismissed, as Petitioner has "never" in his 54 months of existence in the Federal B.O.P. had incident reports and/or disciplinary sanctions or actions bestowed upon him prior to coming to Ft. Devens. Because Petitioner is and will continue to be a "model inmate" here in the Federal B.O.P. See inmate file.

Wherefore, In conclusion of "Petitioners relief", Petitioner respectfully requests that any other legal issues that have been mentioned within Petitioners brief and/or summary that cannot be addressed by this court, Petitioner trusts and prays that those issues will still not be ignored but

(4)

instead, passed along to his sentencing Judge Peter C. Economus in Youngstown, Ohio - In the Northern District of Ohio. And/or to any other court that might have such jurisdiction over such mentioned legal issues. Petitioner has logged all transactions with staff and will send it to the court.

Signed on this the 15th day of Oct., 2004

_Forest Gilliam-Bey_
Signature of Petitioner