October 20, 2004

Dear Clerk of Court,

I inmate/petitioner, Forest Gilliam, on or about October 19, 2004 mailed my 2241 Petition vs. Warden David L. Winn to your office.

FILED
CLERKS OFFICE
2004 OCT 26
U.S. DISTRICT COURT
DISTRICT OF MASS

In my rush to mail out my petition, it slipped my mental that I had not enclosed my "statement of indigency form" — forgive me please!

Therefore, Enclosed with this missive is my form of indigency. I pray that you will accept my form and add it to/with my 2241 Petition.

Also, Enclosed with this missive, are events that just transpired between me and my assigned Unit mgr. that has forced me to write her up because of her attitude, actions, and unprofessional tactics leveled at me personally, because I am refusing population here at Devens.

My question to you is, can this information that I am also enclosing with this missive, and my indigency form, be added to my recently filed 2241 Petition? If so, I thank you, and if not I would appreciate it if you would somehow let me know so that I can log this info. for my future filing.

Thank You!

Forest Gilliam-Bey

#37541-060