## Statement of Indigency

### Request To Waver Or Defer Payment

FILED
CLERKS OFFICE
2004 OCT 26 P 12: 41
U.S. DISTRICT COURT
DISTRICT OF MASS

I do hereby swear, under penalty of perjury, that the following information is true and correct.

I, Forest Gilliam, do assert that my income prevents me from paying any fee(s) while incarcerated due to the fact that I only earn $-0-[1] per month at my current work assignment.

Presently I am being held in the S.H.U. (the hole) under "protective custody" in fear for my safety here at Devens since my arrival here, and therefore, I am unable to enter population to work an institutional job assignment.

Therefore, Inmate (petitioner), respectfully requests this honorable Court to waver his filing fee of $5.00 for his previously filed 2241 motion in that courts district.

Respectfully submitted this 19th day of Oct., 2004.

Forest Gilliam #37541-060
F.M.C. Ft. Devens - (S.H.U.)
P.O. Box 879
Ayer, Ma. 01432