# United States District Court

_____ DISTRICT OF _____

Plaintiff

V.

Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: 04-40217

I, Forest Gilliam, declare that I am the (check appropriate box)

☑ petitioner/plaintiff/movant    ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC. §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?:    ☑ Yes    ☐ No    (If "No" go to Part 2)

   If "Yes" state the place of your incarceration  F.M.C. Ft. Devens

   Are you employed at the institution? No    Do you receive any payment from the institution? No
   I am in the hole - since my arrival of 7/27

   Have the institution fill out the Certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?    ☐ Yes    ☑ No

   a. If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. if the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. Recreation Dept. at: F.C.I. Allenwood - July 2004 *20 a month.

3. In the past 12 twelve months have your received any money from any of the following sources?

   a. Business, profession or other self-employment    ☐ Yes    ☑ No
   b. Rent payments, interest or dividends    ☐ Yes    ☑ No
   c. Pensions, annuities or life insurance payments    ☐ Yes    ☑ No
   d. Disability or workers compensation payments    ☐ Yes    ☑ No
   e. Gifts or inheritances    ☑ Yes    ☐ No
   f. Any other sources    ☐ Yes    ☑ No

If the answer to any of the above is "Yes" describe each source of money and state the amount received **and** what you expect you will continue to receive. 20-40 periodically. And because we just lost our home to foreclosure, I don't expect anything anymore.

AO 240 (1/94)

4. Do you have **any** cash or checking or savings accounts?   ☐ Yes   ☑ No

   If "Yes" state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?   ☐ Yes   ☑ No

   If "Yes" describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   Darleen Gilliam - wife

   Desmond Gilliam - son: When possible working at Unicor ... send ... can. But presently I am in the hole because I fear for my life while here at Devens.

I declare under penalty of perjury that the above information is true and correct.

_Oct. 27, 2004_  _Jneel Gilliam_
DATE                    SIGNATURE OF APPLICANT

## CERTIFICATE

(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ _3.90_ on account to his/her credit at (name of institution) _FMC DEVENS_. I further certify that the applicant has the following securities to his/her credit: _N/A_

_____. I further certify that during the past six months the applicant's average balance was $ _687.46_ or $_21.13 6 month Avg. Daily Balance_

_10/28/04_ _____
DATE              SIGNATURE OF AUTHORIZED OFFICER

# FINANCIAL AFFIDAVIT

IN UNITED STATES ☐ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)

IN THE CASE OF: Gilliam v.s. Winn

FOR: Sanctions etc/Transfer
AT: F.M.C. Ft. Devens

LOCATION NUMBER: 

PERSON REPRESENTED (Show your full name): Forest Gilliam

1 ☐ Defendant—Adult
2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☒ Other (Specify) 2241 Petition

DOCKET NUMBERS
Magistrate: 
District Court: ▶
Court of Appeals: 

CHARGE/OFFENSE (describe if applicable & check box →) ☐ Felony ☐ Misdemeanor

## ASSETS

**EMPLOYMENT**
Are you now employed? ☐ Yes ☒ No ☐ Am Self-Employed
Name and address of employer: 
IF YES, how much do you earn per month? $ 
If married is your Spouse employed? ☒ Yes ☐ No
IF YES, how much does your Spouse earn per month? $ ?
IF NO, give month and year of last employment. How much did you earn per month? $ July 2004 - $20/mo.
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☒ Yes ☐ No
RECEIVED: $20   SOURCES: Wife
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES: $20  Wife

**CASH**
Have you any cash on hand or money in savings or checking accounts? ☐ Yes ☒ No   IF YES, state total amount $

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No
IF YES, GIVE THE VALUE AND DESCRIBE IT

**DEPENDENTS**
MARITAL STATUS: ☒ MARRIED
Total No. of Dependents: 3
List persons you actually support and your relationship to them:
Darlene Gilliam - Wife
Desmond Gilliam - Son
Tysa Hunter - Daughter

## OBLIGATIONS & DEBTS

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| Restitution | U.S. Government | $355,000 | $? |
| Home | First Gov Bank | $75,000 | $? |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) Oct. 27, 2004

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ [signature]