The Federal District Court
of Boston, Massachusetts

FILED
IN CLERKS OFFICE
2004 OCT 26 P 12: 41
U.S. DISTRICT COURT
DISTRICT OF MASS

Forest Gilliam           *   Case No.
Petitioner               *
                         *
                         *
                         *
    vs.                  *
                         *
                         *
                         *
Respondent               *
Warden David L. Winn
F.M.C. Ft. Devens

## Petitioner Requesting to Add Additional Information to His Recently-Filed 2241 Petition:

Comes now, petitioner Pro Se, Forest Gilliam, to respectfully move this honorable Court to add this information to his recently filed 2241 Petition, filed on or about Oct. 19, 2004 vs. Respondent - Warden David L. Winn.

Petitioners additional issues are as follows;

First and foremost, Petitioner respectfully requests permission to add Unit mgr. Ms. J. Johnson to his 2241 Petition along with Warden Winn, Please!
Concerning her taking petitioners refusal of population here at Ft. Devens personal, as well as petitioner being told

(1)

this by other unit staff members.

Furthermore, Ms. Johnson has blatantly and continuously lied to petitioner on various occasions, even after Warden Winn & A.W. Ms. Schult, on or about Oct. 14, 2004 informed petitioner, that his "unit staff" is to assist him with his legal necessities, not education. As Unit mgr. Ms. Johnson keeps referring petitioner to education instead of assisting him.

To date Ms. Johnson has continuously displayed actions of abuse of discretion, abuse of authority, using retalitory tactics, because petitioner refuses to enter population here at Devens, intimidation, and ignoring inmate period, with Officer Ouimette 1st shift as a witness. And other staff members have personally informed petitioner that Ms. Johnson is and will continue to discourage petitioner until he enters population. Ignoring petitioners security issues.

Also, Ms. Johnson has stopped petitioners case mgrs. & counselors from assisting him, so petitioner is left with out any staff assistance and/or legal assistance.

To date petitioner has been written up twice for the same thing (refusing population), placed on commissary/store restriction twice — concerning petitioners restitution/I.R.P. payment and placed on further commissary restriction for 60 more days, on or about Oct. 20, 2004.

(2)

And petitioner is and has been housed in the S.H.U. since his arrival at Devens on 7/27/04. Therefore petitioner is in no position to work an institutional job assignment to even begin to pay his F.R.P. payment. Yet petitioner has been sanctioned anyway.

Therefore, Petitioner has been forced to write his Unit mgr. Ms. J. Johnson up, on or about Oct. 19th, for her on going vindictiveness towards petitioner that will undoubtably get worse after petitioner submitts his written complaint.

Wherefore, Petitioner respectfully requests that this information be added to his 2241 petition of Oct. 19, 2004. As petitioner is not only in fear of his safety and well being here at Devens, to date the unit staff has been turned against petitioner by his assigned Unit mgr. Ms. J. Johnson, and according to Federal B.O.P. Policy her actions towards petitioner are personal and therefore are considered intimidation and harrassment tactics.

Respectfully submitted,

Forest Gilliam-Bey
37541-060

(3)