UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FOREST GILLIAM            )
                Petitioner,    )
                          )
        v.                )            C.A. No. 04-40217-RGS
                          )
DAVID WINN,               )
                Respondent    )

O R D E R

On October 20, 2004, petitioner Forest Gilliam, a prisoner confined at FMC

Devens, filed a petition for a writ of habeas corpus under Section 2241 and an Application

to Proceed Without Prepayment of Fees.

ACCORDINGLY,

(1) The Clerk of this Court shall serve a copy of the Petition, by certified mail, upon

(i) David Winn, Warden, FMC Devens, P.O. Box 879, Ayer, Massachusetts 01432; AND

(ii) the United States Attorney;

(2) The Respondent shall, within 20 days of receipt of this Order, file an answer or

other responsive pleading.

SO ORDERED.

February 7, 2005              /s/ Richard G. Stearns
Date                         Richard G. Stearns
                             United States District Judge