UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------x
FOREST GILLIAM, :
:
             Petitioner, :
v. : Civil Action No. 04-40217-RGS
:
DAVID L. WINN, :
:
             Respondent. :
---------------------------------------------------------x

## DECLARATION OF ANN H. ZGRODNIK

I, Ann H. Zgrodnik, hereby make the following declaration:

1. I am employed by the United States Department of Justice, Federal Bureau of Prisons, at the Federal Medical Center in Devens, Massachusetts (FMC Devens), as an Attorney Advisor. The legal office, from which I am located, is the Consolidated Legal Center - Devens. I have been employed at this position since approximately February 10, 2002.

2. As an Attorney Advisor, I have access to numerous records maintained in the ordinary course of business at FMC Devens regarding federal prisoners, including, but not limited to, documentary records, Judgment and Commitment files, and computerized records maintained on the Bureau of Prisons computerized data base, SENTRY.

3. On February 22, 2005, I ran a SENTRY search to determine the status of Forest Gilliam, Reg. No. 37541-060, and whether Petitioner is still incarcerated at FMC Devens. Review of his Public Information Data Sheet reveals that on January 20, 2005, Petitioner was transferred from FMC Devens. On January 31, 2005, Petitioner was designated to the Federal Correctional Institution Schuylkill located in Minersville, Pennsylvania. A true and accurate copy of the Public Information Inmate Data sheet for Petitioner Forest Gillian is attached as Document A. This Public Information Data shows at page two that Petitioner was transferred from FMC Devens on January 20, 2005.

I declare the foregoing is true and correct to the best of my knowledge and belief, and given under penalty of perjury pursuant to 28 U.S.C. § 1746.

Executed this 22nd day of February, 2005.

                                                Ann H. Zgrodnik
                                                Attorney Advisor
                                                Consolidated Legal Center - Devens

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
------------------------------------------------------------x
FOREST GILLIAM,                                  :
                                                 :
        Petitioner,                          :
v.                                               :   Civil Action No. 04-40217-RGS
                                                 :
DAVID L. WINN,                                   :
                                                 :
        Respondent.                          :
------------------------------------------------------------x

# Document A to Zgrodnik Declaration

```
REGNO..: 37541-060 NAME: GILLIAM, FOREST
COMP NO: 010          ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS          RESP OF: SCH / DESIGNATED, AT ASSIGNED FACIL
                      PHONE..: 570-544-7100    FAX: 570-544-7350
                                               RACE/SEX...: BLACK / MALE
FBI NUMBER.: 940428V2                          DOB/AGE....: 03-23-1961 / 43
PROJ REL MT: GOOD CONDUCT TIME RELEASE         PAR ELIG DT: N/A
PROJ REL DT: 08-03-2008                        PAR HEAR DT:
------------------------------- ADMIT/RELEASE HISTORY ------------------------------
FCL    ASSIGNMENT DESCRIPTION              START DATE/TIME   STOP  DATE/TIME
SCH    A-DES      DESIGNATED, AT ASSIGNED FACIL 01-31-2005 1000 CURRENT
A01    RELEASE    RELEASED FROM IN-TRANSIT FACL 01-31-2005 1000 01-31-2005 1000
A01    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 01-31-2005 0630 01-31-2005 1000
LEW    HLD REMOVE HOLDOVER REMOVED               01-31-2005 0630 01-31-2005 0630
LEW    A-BOP HLD  HOLDOVER FOR INST TO INST TRF  01-26-2005 1024 01-31-2005 0630
B01    RELEASE    RELEASED FROM IN-TRANSIT FACL  01-26-2005 1024 01-26-2005 1024
B01    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 01-26-2005 0615 01-26-2005 1024
BRO    HLD REMOVE HOLDOVER REMOVED               01-26-2005 0615 01-26-2005 0615

G0002      MORE PAGES TO FOLLOW . . .
```

```
DEVCH                                    PUBLIC INFORMATION                    02-22-2005
PAGE 002    Case 4:04-cv-40217-RGS  Document 12   Filed 03/01/2005  Page 4 of 11  11:08:23
                                           INMATE DATA
                                        AS OF 02-22-2005
```

```
REGNO..: 37541-060 NAME: GILLIAM, FOREST
COMP NO: 010         ALL CURR COMPS(Y/N): Y    ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS         RESP OF: SCH / DESIGNATED, AT ASSIGNED FACIL
                     PHONE..: 570-544-7100   FAX: 570-544-7350
 BRO    A-BOP HLD   HOLDOVER FOR INST TO INST TRF  01-20-2005 1320 01-26-2005 0615
 S38    RELEASE     RELEASED FROM IN-TRANSIT FACL  01-20-2005 1320 01-20-2005 1320
 S38    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 01-20-2005 0807 01-20-2005 1320
 DEV    TRANSFER    TRANSFER                       01-20-2005 0807 01-20-2005 0807
 DEV    A-DES       DESIGNATED, AT ASSIGNED FACIL  07-27-2004 1107 01-20-2005 0807
 S13    RELEASE     RELEASED FROM IN-TRANSIT FACL  07-27-2004 1107 07-27-2004 1107
 S13    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 07-27-2004 0705 07-27-2004 1107
 BRO    HLD REMOVE  HOLDOVER REMOVED               07-27-2004 0705 07-27-2004 0705
 BRO    A-BOP HLD   HOLDOVER FOR INST TO INST TRF  07-20-2004 1342 07-27-2004 0705
 B01    RELEASE     RELEASED FROM IN-TRANSIT FACL  07-20-2004 1342 07-20-2004 1342
 B01    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 07-20-2004 0724 07-20-2004 1342
 ALM    TRANSFER    TRANSFER                       07-20-2004 0724 07-20-2004 0724
 ALM    A-DES       DESIGNATED, AT ASSIGNED FACIL  01-07-2003 0730 07-20-2004 0724


G0002        MORE PAGES TO FOLLOW . . .
```

```
REGNO..: 37541-060 NAME: GILLIAM, FOREST
COMP NO: 010          ALL CURR COMPS(Y/N): Y    ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS          RESP OF: SCH / DESIGNATED, AT ASSIGNED FACIL
                      PHONE..: 570-544-7100     FAX: 570-544-7350
PRE-RELEASE PREPARATION DATE: 02-03-2008

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  08-03-2008 VIA GCT REL

------------------------CURRENT JUDGMENT/WARRANT NO: 010 ------------------------

COURT OF JURISDICTION............: OHIO, NORTHERN DISTRICT
DOCKET NUMBER....................: 1:00CR00080-002
JUDGE............................: GAUGHAN
DATE SENTENCED/PROBATION IMPOSED: 07-27-2000
DATE COMMITTED...................: 09-27-2000
HOW COMMITTED....................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED................: NO

G0002           MORE PAGES TO FOLLOW . . .
```

```
REGNO..: 37541-060  NAME: GILLIAM, FOREST
COMP NO: 010        ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS        RESP OF: SCH / DESIGNATED, AT ASSIGNED FACIL
                    PHONE..: 570-544-7100   FAX: 570-544-7350

                  FELONY ASSESS   MISDMNR ASSESS    FINES           COSTS
NON-COMMITTED.:   $100.00         $00.00            $00.00          $00.00

RESTITUTION...:  PROPERTY:  YES  SERVICES:  NO          AMOUNT: $100,047.52

----------------------------CURRENT OBLIGATION NO: 010 ----------------------------
OFFENSE CODE....:  281
OFF/CHG: 18:2113(B) AND 2 - BANK LARCENY (COUNT 1)

  SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
  SENTENCE IMPOSED/TIME TO SERVE.:   41 MONTHS
  TERM OF SUPERVISION............:    3 YEARS


G0002        MORE PAGES TO FOLLOW . . .
```

```
  DEVCH     Case 4:04-cv-40217-RGS    PUBLIC INFORMATION 03/01/2005    Page 7 of 11 02-22-2005
  PAGE 005           *                 Document 12  Filed              *       11:08:23
                                        INMATE DATA
                                      AS OF 02-22-2005
```

```
REGNO..: 37541-060 NAME: GILLIAM, FOREST
COMP NO: 010       ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS       RESP OF: SCH / DESIGNATED, AT ASSIGNED FACIL
                   PHONE..: 570-544-7100    FAX: 570-544-7350
 DATE OF OFFENSE................: 01-07-2000

------------------------CURRENT JUDGMENT/WARRANT NO: 020 ------------------------

COURT OF JURISDICTION...........: OHIO, NORTHERN DISTRICT
DOCKET NUMBER...................: 1:01CR211
JUDGE...........................: ECONOMUS
DATE SENTENCED/PROBATION IMPOSED: 06-14-2002
DATE COMMITTED..................: 11-07-2002
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO

                FELONY ASSESS   MISDMNR ASSESS   FINES          COSTS
NON-COMMITTED.: $200.00         $00.00           $00.00         $00.00

G0002      MORE PAGES TO FOLLOW . . .
```

```
REGNO..: 37541-060  NAME: GILLIAM, FOREST
COMP NO: 010        ALL CURR COMPS(Y/N): Y    ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS        RESP OF: SCH / DESIGNATED, AT ASSIGNED FACIL
                    PHONE..: 570-544-7100    FAX: 570-544-7350

RESTITUTION...: PROPERTY:  NO   SERVICES:  NO          AMOUNT: $255,070.23

--------------------------CURRENT OBLIGATION NO: 020 --------------------------
OFFENSE CODE....:  540
OFF/CHG: 18:371 CONSPIRACY TO DEFRAUD THE US(CT.1)
         18:1951 INTERFERENCE WITH COMMERCE BY THREAT OR VIOLENCE(CT.2)

  SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
  SENTENCE IMPOSED/TIME TO SERVE.:   92 MONTHS
  TERM OF SUPERVISION............:    3 YEARS
  RELATIONSHIP OF THIS OBLIGATION
   TO OTHERS FOR THE OFFENDER....: C/C


G0002       MORE PAGES TO FOLLOW . . .
```

```
DEVCH                                   PUBLIC INFORMATION                          02-22-2005
 PAGE 007   Case 4:04-cv-40217-RGS    Document 12    Filed 03/01/2005   Page 9 of 11  11:08:23
                                          INMATE DATA
                                        AS OF 02-22-2005
```

```
REGNO..: 37541-060 NAME: GILLIAM, FOREST
COMP NO: 010          ALL CURR COMPS(Y/N): Y    ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS          RESP OF: SCH / DESIGNATED, AT ASSIGNED FACIL
                      PHONE..: 570-544-7100    FAX: 570-544-7350
 DATE OF OFFENSE..................: 04-30-2000

-------------------------------CURRENT COMPUTATION NO: 010 --------------------------

COMPUTATION 010 WAS LAST UPDATED ON 01-03-2005 AT DEV AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010, 020 020

DATE COMPUTATION BEGAN...........: 07-27-2000
AGGREGATED SENTENCE PROCEDURE...: AGGREGATE GROUP 800 PLRA
TOTAL TERM IN EFFECT............:        9 YEARS      6 MONTHS      18 DAYS
TOTAL TERM IN EFFECT CONVERTED..:        9 YEARS      6 MONTHS      18 DAYS
AGGREGATED TERM OF SUPERVISION..:        3 YEARS

G0002          MORE PAGES TO FOLLOW . . .
```

DEVCH                                                                            * 02-22-2005
PAGE 008                                                                         * 11:08:23
Case 4:04-cv-40217-RGS  Document 12  Filed 03/01/2005  Page 10 of 11
PUBLIC INFORMATION
INMATE DATA
AS OF 02-22-2005

```
REGNO..: 37541-060 NAME: GILLIAM, FOREST
COMP NO: 010        ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS        RESP OF: SCH / DESIGNATED, AT ASSIGNED FACIL
                    PHONE..: 570-544-7100    FAX: 570-544-7350
EARLIEST DATE OF OFFENSE........: 01-07-2000

JAL CREDIT......................:   FROM DATE      THRU DATE
                                     03-06-2000    03-06-2000
                                     04-04-2000    04-10-2000
                                     04-12-2000    07-26-2000

TOTAL PRIOR CREDIT TIME.........: 114
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 445
TOTAL GCT EARNED................: 216
STATUTORY RELEASE DATE PROJECTED: 08-03-2008
SIX MONTH /10% DATE.............: N/A
EXPIRATION FULL TERM DATE.......: 10-22-2009

G0002          MORE PAGES TO FOLLOW . . .
```

```
  DEVCH              *       PUBLIC INFORMATION       *    02-22-2005
PAGE 009 OF 009  *              INMATE DATA           *    11:08:23
                          AS OF 02-22-2005
```
Case 4:04-cv-40217-RGS   Document 12   Filed 03/01/2005   Page 11 of 11

```
REGNO..: 37541-060 NAME: GILLIAM, FOREST
COMP NO: 010       ALL CURR COMPS(Y/N): Y    ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS       RESP OF: SCH / DESIGNATED, AT ASSIGNED FACIL
                   PHONE..: 570-544-7100    FAX: 570-544-7350


PROJECTED SATISFACTION DATE.....: 08-03-2008
PROJECTED SATISFACTION METHOD...: GCT REL




S0055        NO PRIOR SENTENCE DATA EXISTS FOR THIS INMATE
```