UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-40217-RGS

FOREST GILLIAM,
Petitioner

v.

DAVID WINN,
Respondent

ORDER

March 22, 2005

STEARNS, D.J.

On February 7, 2005, this court issued an Order directing Warden David Winn to file a response to Petitioner Forest Gilliam's habeas petition. Winn filed a Motion to Dismiss the petition as moot arguing that Gilliam received the relief sought when he was transferred from Fort Devens after filing his petition.

Gilliam objects to Winn's motion indicating that in his petition he had requested a transfer to a low security facility and even with the move, he is in another medium security institution. Gilliams also argues that he had additional requests for relief including a decrease in his security custody level and that all disciplinary sanctions and incident reports be expunged from his inmate file. Accordingly, the court asks the government to file an amendment to its memorandum, on or before April 15, 2005, addressing the remaining issues outlined in the court's February 7, 2005 Memorandum and Order.

SO ORDERED.

/s/ Richard G. Stearns

_____
UNITED STATES DISTRICT JUDGE

Case 4:04-cv-40217-RGS    Document 14    Filed 03/22/2005    Page 2 of 2