UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FOREST GILLIAM                )
         Petitioner,        )
                        )
     v.                       )        C.A. No. 04-40217-RGS
                        )
DAVID WINN,                    )
         Respondent         )

## FURTHER ORDER

On February 7, 2005 this Court issued an Order directing the Respondents to file a response to Petitioner's habeas petition, addressing certain issues. Because the Petitioner had been transferred, Respondent filed a Motion to Dismiss the petition on the grounds that the petition was moot, since Petitioner in effect has received the relief sought. In response to that Motion, Petitioner objects, indicating that he seeks, *inter alia*, a transfer to a low security facility.

Accordingly, the Respondent is hereby ORDERED to file a complete response, addressing all remaining issues in this action as outlined in the February 7, 2005 Memorandum and Order, by no later than **April 15, 2005.**

RICHARD G. STEARNS
UNITED STATES DISTRICT JUDGE

Dated:
3/22/05

By: Mary H. Johnson
Deputy Clerk

1