IN THE DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FOREST GILLIAM, | ) |
|       Petitioner, | ) |
| | )   CASE NO.: 04-40217-RGS |
| v. | ) |
| DAVID WINN, | ) |
|       Respondent. | ) |

**MOTION FOR EXTENSION OF TIME**

Defendant David L. Winn, as he is the Warden, FMC Devens, hereby moves for a fourteen-day extension of time, **until and including April 29, 2005**, to file a brief responsive to the Court's Order and Further Order of March 22, 2005. As grounds therefore, counsel asserts that issuance of the Orders coincided with an unusual press of business, including a significant Administrative Procedures Act brief, followed by a previously scheduled vacation; counsel will be out of the office until April 14, 2005. Accordingly, respondent respectfully requests that the deadline be extended to allow for two weeks to complete the brief upon her return.

WHEREFORE defendant asks that this motion be granted and that he be given until and including April 29, 2005, to respond to the Court's March 22, 2005 Orders.

Respectfully submitted,

By his attorney,

MICHAEL J. SULLIVAN
United States Attorney

Dated:   5 April 2005        /s/ Barbara Healy Smith
                                      By:   Barbara Healy Smith
Assistant U.S. Attorney
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3263

**CERTIFICATE OF SERVICE**

I certify that on April 5, 2005, I caused a copy of the foregoing to be served via regular US Mail, postage prepaid marked "Legal Mail" upon Petitioner at FCI Schuylkill, P.O. Box 759, Minersville, Pennsylvania 17954

/s/Barbara Healy Smith
Barbara Healy Smith
Assistant U.S. Attorney

**CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)**

The undersigned counsel requests a waiver of Local Rule 7.1(a)(2) since respondent is incarcerated at FMC Schuylkill.

/s/Barbara Healy Smith
Barbara Healy Smith
Assistant U.S. Attorney