IN THE DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FOREST GILLIAM,            )<br>                              )<br>     Petitioner,            )<br>                              )   CASE NO.: 04-40217-RGS<br>  v.                          )<br>                              )<br> DAVID WINN,                  )<br>                              )<br>     Respondent.             ) | |

## MOTION FOR EXTENSION OF TIME

Due to counsel's illness on April 28 and 29, 2005, respondent David L. Winn, as he is the Warden, FMC Devens, hereby moves for an extension of one business day (until May 2, 2005) to file the further briefing (currently due April 29, 2005), in response to the Court's March 22, 2005, Orders.

Respectfully submitted,

By his attorney,

MICHAEL J. SULLIVAN
United States Attorney

Dated: April 29, 2005

By:   /s/Barbara Healy Smith
      Barbara Healy Smith
      Assistant U.S. Attorney
      John Joseph Moakley U.S. Courthouse
      1 Courthouse Way, Suite 9200
      Boston, MA 02210
      (617) 748-3263

**CERTIFICATE OF SERVICE**

I certify that on April 5, 2005, I caused a copy of the foregoing to be served via regular US Mail, postage prepaid marked "Legal Mail" upon Petitioner at FCI Schuylkill, P.O. Box 759, Minersville, Pennsylvania 17954
 /s/Barbara Healy Smith
Barbara Healy Smith
Assistant U.S. Attorney

**CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)**

The undersigned counsel requests a waiver of Local Rule 7.1(a)(2) since respondent is incarcerated at FMC Devens.

/s/Barbara Healy Smith
Barbara Healy Smith
Assistant U.S. Attorney