```
          FUNCTION: LST SCOPE: REG   EQ 37541-060    OUTPUT FORMAT: FULL
-------LIMITED TO SUBMISSIONS WHICH MATCH ALL LIMITATIONS KEYED BELOW---------
DT RCV: FROM _____  THRU _____    DT STS: FROM _____    THRU _____
DT STS: FROM ___ TO ___ DAYS BEFORE "OR" FROM ___ TO ___ DAYS AFTER DT RDU
DT TDU: FROM ___ TO ___ DAYS BEFORE "OR" FROM ___ TO ___ DAYS AFTER DT TRT
STS/REAS: _____ _____ _____ _____ _____ _____ _____ ____ ____
SUBJECTS: _____ _____ _____ _____ _____ _____ _____ ____ ____
EXTENDED: _ REMEDY LEVEL: _ _           RECEIPT: _ _ _  "OR" EXTENSION: _ _ _
RCV  OFC : EQ _____        ___        _____      _____      _____      _____
TRACK:  DEPT:            _____      _____      _____      _____      _____
       PERSON: ___       _____      _____      _____      _____      _____
         TYPE: ___       _____      _____      _____      _____      _____
EVNT FACL: EQ _____      _____      _____      _____      _____      _____
RCV FACL.: EQ _____      _____      _____      _____      _____      _____
RCV UN/LC: EQ _____    _____    _____    _____    _____    _____
RCV QTR..: EQ _____    _____    _____    _____    _____    _____
ORIG FACL: EQ _____      _____      _____      _____      _____      _____
ORG UN/LC: EQ _____    _____    _____    _____    _____    _____
ORIG QTR.: EQ _____    _____    _____    _____    _____    _____


G0002       MORE PAGES TO FOLLOW . . .
```

Case 4:04-cv-40217-RGS   Document 19-2   Filed 05/02/2005   Page 2 of 23 04-28-2005
15:22:24

REGNO: 37541-060 NAME: GILLIAM, FOREST
RSP OF...: SCH UNT/LOC/DST: 4                    QTR.: D07-204U   RCV OFC: ALM
REMEDY ID: 295535-F1      SUB1: 30AM SUB2:       DATE RCV:   04-08-2003
UNT RCV..: UNIT 4B        QTR RCV.: D08-955U     FACL RCV: ALM
UNT ORG..: UNIT 4B        QTR ORG.: D08-955U     FACL ORG: ALM
EVT FACL.: ALM   ACC LEV: ALM  1 NER  1 BOP  1   RESP DUE: SUN  05-18-2003
ABSTRACT.: REQ. TO BE GIVEN JAIL TIME CREDIT 3/01/01 - 6/14/02
STATUS DT: 04-24-2003  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:            RCT: P EXT: P DATE ENTD: 04-08-2003
REMARKS..:

G0002      MORE PAGES TO FOLLOW . . .

Case 4:04-cv-40217-RGS    Document 19-2    Filed 05/02/2005    Page 3 of 23

REGNO: 37541-060 NAME: GILLIAM, FOREST
RSP OF...: SCH UNT/LOC/DST: 4                    QTR.: D07-204U   RCV OFC: NER
REMEDY ID: 295535-R1        SUB1: 30AM SUB2:     DATE RCV:   05-12-2003
UNT RCV..: UNIT 4B      QTR RCV.: D08-955U       FACL RCV: ALM
UNT ORG..: UNIT 4B      QTR ORG.: D08-955U       FACL ORG: ALM
EVT FACL.: ALM    ACC LEV:  ALM  1 NER  1 BOP  1   RESP DUE:  WED  06-11-2003
ABSTRACT.: REQ. TO BE GIVEN JAIL TIME CREDIT 3/01/01 - 6/14/02
STATUS DT: 06-09-2003  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:              RCT: P EXT:   DATE ENTD: 05-13-2003
REMARKS..:




G0002      MORE PAGES TO FOLLOW . . .

REGNO: 37541-060 NAME: GILLIAM, FOREST
RSP OF...: SCH UNT/LOC/DST: 4                    QTR.: D07-204U   RCV OFC: BOP
REMEDY ID: 295535-A1      SUB1: 30AM SUB2:       DATE RCV:   06-30-2003
UNT RCV..: UNIT 4B      QTR RCV.: D08-955U    FACL RCV: ALM
UNT ORG..: UNIT 4B      QTR ORG.: D08-955U    FACL ORG: ALM
EVT FACL.: ALM    ACC LEV:  ALM  1 NER  1 BOP  1   RESP DUE:  SAT  08-09-2003
ABSTRACT.: REQ. TO BE GIVEN JAIL TIME CREDIT 3/01/01 - 6/14/02
STATUS DT: 07-21-2003  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:           RCT: P EXT:   DATE ENTD: 07-01-2003
REMARKS..:

G0002       MORE PAGES TO FOLLOW . . .

REGNO: 37541-060 NAME: GILLIAM, FOREST
RSP OF...: SCH UNT/LOC/DST: 4                    QTR.: D07-204U   RCV OFC: ALM
REMEDY ID: 325164-F1        SUB1: 12AM SUB2: 12BM DATE RCV:   02-20-2004
UNT RCV..: UNIT 4B       QTR RCV.: D08-955U      FACL RCV: ALM
UNT ORG..: UNIT 4B       QTR ORG.: D08-955U      FACL ORG: ALM
EVT FACL.: ALM    ACC LEV:  ALM  1               RESP DUE:  THU  03-11-2004
ABSTRACT.: PAY NOT CORRECT, DISCRIMINATORY PRACTICES BY STAFF
STATUS DT: 03-09-2004  STATUS CODE: CLG STATUS REASON: GRT
INCRPTNO.:           RCT: P EXT:   DATE ENTD: 02-20-2004
REMARKS..:

G0002       MORE PAGES TO FOLLOW . . .

```
REGNO: 37541-060 NAME: GILLIAM, FOREST
RSP OF...: SCH UNT/LOC/DST: 4                    QTR.: D07-204U   RCV OFC: NER
REMEDY ID: 347953-R1       SUB1: 10AS SUB2:      DATE RCV:   08-12-2004
UNT RCV..: H UNIT        QTR RCV.: Z02-209LAD    FACL RCV: DEV
UNT ORG..: H UNIT        QTR ORG.: Z02-209LAD    FACL ORG: DEV
EVT FACL.: DEV    ACC LEV:                       RESP DUE:
ABSTRACT.: TRANSFER
STATUS DT: 08-17-2004  STATUS CODE: REJ STATUS REASON: INS SEN
INCRPTNO.:           RCT:   EXT:   DATE ENTD: 08-17-2004
REMARKS..:
```

G0002       MORE PAGES TO FOLLOW . . .

REGNO: 37541-060 NAME: GILLIAM, FOREST
RSP OF...: SCH UNT/LOC/DST: 4                        QTR.: D07-204U   RCV OFC: NER
REMEDY ID: 347953-R2        SUB1: 10AS SUB2:         DATE RCV:   09-24-2004
UNT RCV..: H UNIT           QTR RCV.: Z04-423LAD     FACL RCV: DEV
UNT ORG..: H UNIT           QTR ORG.: Z02-209LAD     FACL ORG: DEV
EVT FACL.: DEV     ACC LEV:                          RESP DUE:
ABSTRACT.: TRANSFER
STATUS DT: 10-06-2004  STATUS CODE: REJ STATUS REASON: INS SEN OTH
INCRPTNO.:           RCT:    EXT:    DATE ENTD: 10-06-2004
REMARKS..: YOU MUST FOLLOW ADM. REMEDY PROCEDURES AND FILE
           AT INST. LEVEL FIRST.  ALSO, ONLY 1 CONT. PAGE
           PERMITTED.


G0002      MORE PAGES TO FOLLOW . . .

```
REGNO: 37541-060 NAME: GILLIAM, FOREST
RSP OF...: SCH UNT/LOC/DST: 4                           QTR.: D07-204U   RCV OFC: NER
REMEDY ID: 347953-R3      SUB1: 10AS SUB2:             DATE RCV:   10-04-2004
UNT RCV..: H UNIT         QTR RCV.: Z04-401LAD         FACL RCV: DEV
UNT ORG..: H UNIT         QTR ORG.: Z02-209LAD         FACL ORG: DEV
EVT FACL.: DEV     ACC LEV:                                RESP DUE:
ABSTRACT.: INMATE REQUEST TRANSFER OR REDESIGNATION
STATUS DT: 10-15-2004  STATUS CODE: REJ STATUS REASON: WRL INS OTH
INCRPTNO.:         RCT:    EXT:    DATE ENTD: 10-15-2004
REMARKS..: THIS ISSUE MUST FIRST BE ADDRESSED BY THE WARDEN.
           PLEASE SEEK ASSISTANCE FROM STAFF IF YOU NEED HELP
```

G0002      MORE PAGES TO FOLLOW . . .

REGNO: 37541-060 NAME: GILLIAM, FOREST
RSP OF...: SCH UNT/LOC/DST: 4                    QTR.: D07-204U   RCV OFC: DEV
REMEDY ID: 355241-F1      SUB1: 10AM SUB2:       DATE RCV:   10-18-2004
UNT RCV..: H UNIT         QTR RCV.: Z02-223UAD   FACL RCV: DEV
UNT ORG..: H UNIT         QTR ORG.: Z02-223UAD   FACL ORG: DEV
EVT FACL.: DEV   ACC LEV:  DEV  1 NER  3         RESP DUE:  SUN  11-07-2004
ABSTRACT.: REQUESTS TRANSFER FOR PROTECTION REASONS
STATUS DT: 11-30-2004  STATUS CODE: CLG STATUS REASON: GRT
INCRPTNO.:           RCT: P EXT:   DATE ENTD: 10-18-2004
REMARKS..:


                 CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
DATE DUE           DEPARTMENT   TO    DATE ASSN    TRK TYPE    DATE RETURNED
MON 10-25-2004     CORR SVC     DB    10-19-2004   INV         11-29-2004
MON 11-29-2004     EXEC ASST    MH    11-29-2004   INV         11-30-2004
TUE 11-30-2004     CEO          DLW   11-30-2004   SIG         11-30-2004


G0002      MORE PAGES TO FOLLOW . . .

Case 4:04-cv-40217-RGS    Document 19-2    Filed 05/02/2005    Page 10 of 23

REGNO: 37541-060 NAME: GILLIAM, FOREST
RSP OF...: SCH UNT/LOC/DST: 4                        QTR.: D07-204U   RCV OFC: DEV
REMEDY ID: 357033-F1       SUB1: 34ZM SUB2: 34BM DATE RCV:   10-27-2004
UNT RCV..: H UNIT        QTR RCV.: Z02-223LAD    FACL RCV: DEV
UNT ORG..: H UNIT        QTR ORG.: Z02-223LAD    FACL ORG: DEV
EVT FACL.: DEV   ACC LEV:  DEV  1                    RESP DUE:  TUE  11-16-2004
ABSTRACT.: HARRASSMENT BY STAFF.
STATUS DT: 12-29-2004  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:           RCT: P EXT:   DATE ENTD: 11-02-2004
REMARKS..:


                  CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
DATE DUE          DEPARTMENT    TO    DATE ASSN    TRK TYPE     DATE RETURNED
THU 11-18-2004    CORR SVC      DB    11-10-2004    INV          12-23-2004
THU 12-23-2004    EXEC ASST     MH    12-23-2004    INV          12-23-2004
TUE 12-28-2004    CEO           DLW   12-28-2004    SIG          12-28-2004


G0002      MORE PAGES TO FOLLOW . . .

```
REGNO: 37541-060 NAME: GILLIAM, FOREST
RSP OF...: SCH UNT/LOC/DST: 4                      QTR.: D07-204U   RCV OFC: NER
REMEDY ID: 355241-R1        SUB1: 10AM SUB2:       DATE RCV:   11-01-2004
UNT RCV..: H UNIT       QTR RCV.: Z02-223LAD    FACL RCV: DEV
UNT ORG..: H UNIT       QTR ORG.: Z02-223UAD    FACL ORG: DEV
EVT FACL.: DEV    ACC LEV: DEV  1 NER  3           RESP DUE:
ABSTRACT.: REQUESTS TRANSFER FOR PROTECTION REASONS
STATUS DT: 11-09-2004  STATUS CODE: REJ STATUS REASON: IRQ SEN
INCRPTNO.:          RCT:    EXT:    DATE ENTD: 11-09-2004
REMARKS..: SEE UNIT TEAM FOR COPY OF WARDEN'S RESPONSE.
```

G0002       MORE PAGES TO FOLLOW . . .

```
REGNO: 37541-060 NAME: GILLIAM, FOREST
RSP OF...: SCH UNT/LOC/DST: 4                    QTR.: D07-204U   RCV OFC: NER
REMEDY ID: 355241-R2      SUB1: 10AM SUB2:       DATE RCV:   11-01-2004
UNT RCV..: H UNIT         QTR RCV.: Z02-223LAD   FACL RCV: DEV
UNT ORG..: H UNIT         QTR ORG.: Z02-223UAD   FACL ORG: DEV
EVT FACL.: DEV    ACC LEV: DEV  1 NER  3            RESP DUE:
ABSTRACT.: REQUESTS TRANSFER FOR PROTECTION REASONS
STATUS DT: 11-09-2004  STATUS CODE: REJ STATUS REASON: FRM IRQ ONE SEN RSR
INCRPTNO.:          RCT:   EXT:   DATE ENTD: 11-09-2004
REMARKS..: PROVIDE COPY OF BP-9 SUBMITTED TO WARDEN.




G0002        MORE PAGES TO FOLLOW . . .
```

```
REGNO: 37541-060 NAME: GILLIAM, FOREST
RSP OF...: SCH UNT/LOC/DST: 4                QTR.: D07-204U   RCV OFC: NER
REMEDY ID: 355241-R3      SUB1: 10AM SUB2:    DATE RCV:   11-19-2004
UNT RCV..: H UNIT         QTR RCV.: Z02-223LAD  FACL RCV: DEV
UNT ORG..: H UNIT         QTR ORG.: Z02-223UAD  FACL ORG: DEV
EVT FACL.: DEV    ACC LEV:  DEV  1 NER  3       RESP DUE:  SUN  12-19-2004
ABSTRACT.: REQUESTS TRANSFER FOR PROTECTION REASONS
STATUS DT: 12-13-2004  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:           RCT: P EXT:   DATE ENTD: 11-29-2004
REMARKS..: INSTITUTION WILL FAX BP-9 RESPONSE TO NERO LEGAL
           WHEN SIGNED.
```

G0002       MORE PAGES TO FOLLOW . . .

REGNO: 37541-060 NAME: GILLIAM, FOREST
RSP OF...: SCH UNT/LOC/DST: 4                      QTR.: D07-204U   RCV OFC: NER
REMEDY ID: 359938-R1         SUB1: 13BS SUB2: 15AS DATE RCV:   11-22-2004
UNT RCV..: H UNIT          QTR RCV.: Z02-223LAD    FACL RCV: DEV
UNT ORG..: H UNIT          QTR ORG.: Z02-223LAD    FACL ORG: DEV
EVT FACL.: DEV    ACC LEV:                            RESP DUE:
ABSTRACT.: SECURITY CLASSIFICATION; FRP
STATUS DT: 11-30-2004  STATUS CODE: REJ STATUS REASON: INS SEN
INCRPTNO.:            RCT:   EXT:   DATE ENTD: 11-30-2004
REMARKS..:


G0002      MORE PAGES TO FOLLOW . . .

Case 4:04-cv-40217-RGS    Document 19-2    Filed 05/02/2005    Page 15 of 23

```
REGNO: 37541-060 NAME: GILLIAM, FOREST
RSP OF...: SCH UNT/LOC/DST: 4                    QTR.: D07-204U  RCV OFC: NER
REMEDY ID: 359938-R2      SUB1: 13BS SUB2: 15AS DATE RCV:   12-03-2004
UNT RCV..: H UNIT      QTR RCV.: Z02-223LAD    FACL RCV: DEV
UNT ORG..: H UNIT      QTR ORG.: Z02-223LAD    FACL ORG: DEV
EVT FACL.: DEV    ACC LEV:                       RESP DUE:
ABSTRACT.: SECURITY CLASSIFICATION; FRP
STATUS DT: 12-14-2004  STATUS CODE: REJ STATUS REASON: WRL FRM INS
INCRPTNO.:            RCT:    EXT:   DATE ENTD: 12-14-2004
REMARKS..: ISSUES REGARDING THE WARDEN'S RESPONSE TO YOUR BP-9
           MUST BE APPEALED TO THE REGIONAL OFFICE IN PROPER
           FORM. NEW ISSUES MUST BE ADDRESSED BY THE WARDEN.
```

G0002      MORE PAGES TO FOLLOW . . .

REGNO: 37541-060 NAME: GILLIAM, FOREST
RSP OF...: SCH UNT/LOC/DST: 4                      QTR.: D07-204U   RCV OFC: NER
REMEDY ID: 361484-R1       SUB1: 33HS SUB2: 34ZS DATE RCV:   12-03-2004
UNT RCV..: H UNIT          QTR RCV.: Z02-223LAD    FACL RCV: DEV
UNT ORG..: H UNIT          QTR ORG.: Z02-223LAD    FACL ORG: DEV
EVT FACL.: DEV    ACC LEV:                         RESP DUE:
ABSTRACT.: STAFF COMPLAINTS RE: ADMINISTRATIVE REMEDY RIGHTS
STATUS DT: 12-14-2004  STATUS CODE: REJ STATUS REASON: WRL FRM INS
INCRPTNO.:            RCT:   EXT:    DATE ENTD: 12-14-2004
REMARKS..: THIS ISSUE MUST FIRST BE ADDRESSED BY THE WARDEN.


G0002       MORE PAGES TO FOLLOW . . .

Case 4:04-cv-40217-RGS    Document 19-2    Filed 05/02/2005    Page 17 of 23

REGNO: 37541-060 NAME: GILLIAM, FOREST
RSP OF...: SCH UNT/LOC/DST: 4                QTR.: D07-204U    RCV OFC: NER
REMEDY ID: 359938-R3      SUB1: 13BS SUB2: 15AS DATE RCV:    12-10-2004
UNT RCV..: H UNIT          QTR RCV.: Z02-223LAD    FACL RCV: DEV
UNT ORG..: H UNIT          QTR ORG.: Z02-223LAD    FACL ORG: DEV
EVT FACL.: DEV    ACC LEV:                          RESP DUE:
ABSTRACT.: SECURITY CLASSIFICATION; FRP
STATUS DT: 12-29-2004  STATUS CODE: REJ STATUS REASON: FRM CPG ONE RSR
INCRPTNO.:          RCT:    EXT:    DATE ENTD: 12-29-2004
REMARKS..: YOU MUST PROVIDE A COPY OF YOUR BP-9 ALONG WITH THE
           WARDEN'S RESPONSE.  ANY NEW ISSUES YOU HAVE MUST
           FIRST BE ADDRESSED BY THE WARDEN.

G0002       MORE PAGES TO FOLLOW . . .

Case 4:04-cv-40217-RGS   Document 19-2   Filed 05/02/2005   :22:24

```
REGNO: 37541-060 NAME: GILLIAM, FOREST
RSP OF...: SCH UNT/LOC/DST: 4                       QTR.: D07-204U   RCV OFC: NER
REMEDY ID: 362504-R1      SUB1: 20DS SUB2:       DATE RCV:   12-22-2004
UNT RCV..: H UNIT         QTR RCV.: Z02-223LAD   FACL RCV: DEV
UNT ORG..: H UNIT         QTR ORG.: Z02-223LAD   FACL ORG: DEV
EVT FACL.: DEV    ACC LEV:                          RESP DUE:
ABSTRACT.: APPEALS DHO HEARING OF 10-29-2004 FOR CODE 306
STATUS DT: 12-23-2004  STATUS CODE: REJ STATUS REASON: ONE RSR
INCRPTNO.:              RCT:    EXT:   DATE ENTD: 12-23-2004
REMARKS..:
```

```
G0002       MORE PAGES TO FOLLOW . . .
```

```
REGNO: 37541-060 NAME: GILLIAM, FOREST
RSP OF...: SCH UNT/LOC/DST: 4                    QTR.: D07-204U   RCV OFC: DEV
REMEDY ID: 362774-F1       SUB1: 20CM SUB2: 13BM DATE RCV:   12-27-2004
UNT RCV..: H UNIT        QTR RCV.: Z02-223LAD    FACL RCV: DEV
UNT ORG..: H UNIT        QTR ORG.: Z02-223LAD    FACL ORG: DEV
EVT FACL.: DEV    ACC LEV:                       RESP DUE:
ABSTRACT.: TRANSFER,DHO APPEAL,FRP APPEAL,CLASSIFICATION APPEAL
STATUS DT: 12-29-2004  STATUS CODE: REJ STATUS REASON: INF DHO MLT WRL OTH
INCRPTNO.:        RCT:    EXT:    DATE ENTD: 12-29-2004
REMARKS..: YOU MUST FILE A DHO APPEAL AT THE REGIONAL OFFICE.
```

G0002       MORE PAGES TO FOLLOW . . .

DEVBS
PAGE 020

Case 4:04-cv-40217-RGS *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *
Document 19-2    FULL SCREEN FORMAT    Filed 05/02/2005    Page 20 of 23    04-28-2005
15:22:24

```
REGNO: 37541-060 NAME: GILLIAM, FOREST
RSP OF...: SCH UNT/LOC/DST: 4                    QTR.: D07-204U   RCV OFC: BOP
REMEDY ID: 355241-A1       SUB1: 10AM SUB2:      DATE RCV:   12-29-2004
UNT RCV..: H UNIT          QTR RCV.: Z02-223LAD  FACL RCV: DEV
UNT ORG..: H UNIT          QTR ORG.: Z02-223UAD  FACL ORG: DEV
EVT FACL.: DEV      ACC LEV:   DEV  1 NER  3      RESP DUE:
ABSTRACT.: REQUESTS TRANSFER FOR PROTECTION REASONS
STATUS DT: 01-10-2005   STATUS CODE: REJ STATUS REASON: CPG IRQ OTH RSA
INCRPTNO.:            RCT:    EXT:    DATE ENTD: 01-10-2005
REMARKS..: ALL FOUR COPIES OF THE BP11 FORM MUST BE LEGIBLE.
           PLEASE NOTE THAT WE DO NOT ACCEPT XEROXED COPIES OF
           THE BP11 FORM.
```

G0002      MORE PAGES TO FOLLOW . . .

```
REGNO: 37541-060 NAME: GILLIAM, FOREST
RSP OF...: SCH UNT/LOC/DST: 4                    QTR.: D07-204U   RCV OFC: NER
REMEDY ID: 362504-R2      SUB1: 20DS SUB2:       DATE RCV:   01-05-2005
UNT RCV..: H UNIT         QTR RCV.: Z02-214LAD   FACL RCV: DEV
UNT ORG..: H UNIT         QTR ORG.: Z02-223LAD   FACL ORG: DEV
EVT FACL.: DEV    ACC LEV:                       RESP DUE:
ABSTRACT.: APPEALS DHO HEARING OF 10-29-2004 FOR CODE 306
STATUS DT: 01-07-2005   STATUS CODE: REJ STATUS REASON: CPG UTR OTH
INCRPTNO.:           RCT:   EXT:   DATE ENTD: 01-07-2005
REMARKS..: YOU PROVIDE NO STAFF VERIFICATION THAT THE DELAY
           IN YOUR SUBMITTING THIS APPEAL WAS NOT YOUR FAULT.
```

G0002      MORE PAGES TO FOLLOW . . .

REGNO: 37541-060 NAME: GILLIAM, FOREST
RSP OF...: SCH UNT/LOC/DST: 4                          QTR.: D07-204U    RCV OFC: NER
REMEDY ID: 370648-R1        SUB1: 20DM SUB2:        DATE RCV:   03-18-2005
UNT RCV..: 4                QTR RCV.: D10-003U       FACL RCV: SCH
UNT ORG..: 4                QTR ORG.: D10-003U       FACL ORG: SCH
EVT FACL.: DEV    ACC LEV:  NER  1                   RESP DUE:  SUN  04-17-2005
ABSTRACT.: APPEALS 12-30-04 DHO HEARING, CODE 312
STATUS DT: 04-13-2005  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.: 1283987   RCT: P EXT:   DATE ENTD: 03-22-2005
REMARKS..:

G0002      MORE PAGES TO FOLLOW . . .

```
REGNO: 37541-060 NAME: GILLIAM, FOREST
RSP OF...: SCH UNT/LOC/DST: 4                    QTR.: D07-204U   RCV OFC: BOP
REMEDY ID: 355241-A2       SUB1: 10AM SUB2:      DATE RCV:   03-22-2005
UNT RCV..: 4              QTR RCV.: D10-003U      FACL RCV: SCH
UNT ORG..: H UNIT         QTR ORG.: Z02-223UAD    FACL ORG: DEV
EVT FACL.: DEV    ACC LEV:  DEV  1 NER  3         RESP DUE:
ABSTRACT.: REQUESTS TRANSFER FOR PROTECTION REASONS
STATUS DT: 04-25-2005  STATUS CODE: REJ STATUS REASON: OTH
INCRPTNO.:              RCT:   EXT:   DATE ENTD: 04-25-2005
REMARKS..: YOUR APPEAL WAS DU EON 02-09-2005 (03-10-2005 PM).
           YOU NEED STAFF VERIFICATION ON BOP LETTERHEAD TO
           DOCUMENT THAT UNTIMELINESS WAS NO FAULT OF YOUR OWN.




                22 REMEDY SUBMISSION(S) SELECTED
G0000           TRANSACTION SUCCESSFULLY COMPLETED
```