U.S. DEPARTMENT OF JUSTICE    REQUEST FOR ADMINISTRATIVE REMEDY
Federal Bureau of Prisons

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: **Gilliam    Forest**       **37541-060**    **S.H.U.**    **Ft. Devens**
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

Part A– INMATE REQUEST    Inmate Gilliam #37541-060 requests to be transferred from Devens per security reasons and issues. Inmate Gilliam had codef- -dants who has relatives, friends, associates, & acquaintences here at Devens and not everybody who is connected, related, and/or affiliate, to or with my codefendants do I know on a first & last name basis. Inmate Gilliam has also had problems with inmate Thomas Daugherty who is also here at Devens. T. Daugherty was inmate Gilliams cellie at Allenwood and told other inmates that Gilliam was a Gov. informant and which caused Gilliam so many problems at Allenwood till Gilliam was forced to arm himself with a weapon daily and to file a civil action concerning "harassment from other inmates etc." case no.(3:04-CV-1937) which resides in the Middle District of Pa. as of Aug. 27, 2004. Inmate will continue to refuse population Indefinitely.

Oct. 14, 2004            Forest Gilliam-Bey
DATE                   SIGNATURE OF REQUESTER

Part B– RESPONSE


RECEIVED OCT 18 2004

_____                    _____
DATE                                   WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE            CASE NUMBER: 355241-F1

Part C– RECEIPT                       CASE NUMBER: _____

Return to: _____    _____    _____    _____
          LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.   UNIT     INSTITUTION

SUBJECT: _____

_____                    _____
DATE                                   RECIPIENT'S SIGNATURE (STAFF MEMBER)

**FEDERAL MEDICAL CENTER, DEVENS, MASSACHUSETTS**
**RESPONSE TO REQUEST FOR ADMINISTRATIVE REMEDY #355241-F1**

This is in response to your Request for Administrative Remedy received on October 18, 2004, wherein you request re-designation to another facility for security reasons.

As was noted in the response to your Inmate Request to Staff Member, dated November 15, 2004, you will be transferred within 90 days to a facility that best meets your security requirements.

Therefore, your Request for Administrative Remedy is granted.

If you are not satisfied with this decision, you may appeal to the Regional Director at Bureau of Prisons, Northeast Region, U.S. Customs House, 7th Floor, 2nd and Chestnut Streets, Philadelphia, Pennsylvania, 19106. Your appeal must be received in the Northeast Regional Office within 20 days of the date of this response.

_____
David L. Winn, Warden

11/30/4
Date