**Regional Administrative Remedy Appeal**

U.S. Department of Justice
Federal Bureau of Prisons

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-DIR-9 including any attachments must be submitted with this appeal.

From: _____
LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

Part A – REASON FOR APPEAL

_____ DATE                                    _____ SIGNATURE OF REQUESTER

Part B – RESPONSE

_____ DATE                                    _____ REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

FIRST COPY: REGIONAL FILE COPY                               CASE NUMBER: _____

Part C – RECEIPT                                              CASE NUMBER: _____

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

SUBJECT: _____

BP-230(13)
APRIL 1982

have all been informed of my circumstances, issues, and complaints.

Here at Ft. Devens my complaints are being ignored or they disappear, my security status being raised for a "miscalculated" F.R.P. payment plan and for my refusal to enter harms way populations, and so I am being retaliated against by way of "all" of my requests being denied, my legal mail tampered with and not reaching its destination, placed on F.R.P. refusal — even though Ms. D. Adams, CMC recalculated my F.R.P. payment on Oct. 28, 2004 and found it to be miscalculated & my security level has been raised anyway. And I never received notice in writing — I was recently informed by a caring staff member who checked into the matter for me.

Furthermore, Because of my refusing population, filing complaints against my assigned Unit mgr. Janis Johnson, and contacting certain political figures, I am repeatedly being subjected to retaliation and vindictiveness like tactics and all of my rights being violated. So excuse me if there are no copies with this but the last time I sent a complaint to get copied it disappeared — via my assigned Unit mgr. "Ms. Johnson." So a staff member told me.

Therefore, If the warden's reply to my BP-9 of Oct. 15, 2004 then I shall enclose it with this complaint and/or because of the time period that you've given me to refuse my F.R.P. 10 days from Nov. 9, which would be the 19th, I assume — time is of the essence, and this needs to be in the mail A.S.A.P. So by Tues. 16th if I don't receive the wardens response I will mail this off and I'll mail the wardens response when/if I get it. Respectfully submitted, — Forest Gilliam-Bey

04/29/2005 09:03 FAX 215 597 4691    BOP NERO LGL SVC    → DEV    ☒003

GILLIAM, Forest
Reg. No. 37541-060
Appeal No. 355241-R3
Page One

---

### Part B - Response

In your appeal, you state you should have never been transferred to FMC Devens, and you have and will continue to refuse general population at Devens. You further state your legal mail has been tampered with; your 6th amendment rights have been violated; you have been placed on FRP Refuse inappropriately; and you have been harassed, intimidated, and retaliated against by staff at Devens.

Records indicate in May 2004, staff at FCI Allenwood requested a lesser security transfer to FCI Milan. On May 24, 2004, this office approved a lesser security transfer to FMC Devens as there were population pressures in the North Central Region. Your transfer to Devens was in accordance with policy. Contact with institution staff at Devens indicate you have been requesting a transfer for security reasons. Records indicate on November 30, 2004, you were approved for a transfer to an institution commensurate to your security and custody needs.

In regards to your issues concerning legal mail, staff misconduct, 6th amendment rights, and FRP Refusal status, these issues were not presented to institution staff. These concerns must be addressed with institution staff prior to raising them in an administrative appeal. To the extent your transfer has been approved, your appeal is granted.

If you are dissatisfied with this response, you may appeal to the General Counsel, Federal Bureau of Prisons. Your appeal must be received in the Administrative Remedy Section, Office of General Counsel, Federal Bureau of Prisons, 320 First Street, N.W., Washington, D.C. 20534, within 30 calendar days of the date of this response.

Date: December 13, 2004                    D. SCOTT DODRILL
                                           Regional Director