To the United States
For the District of Massachusetts

Jared Silvan,
    Petitioner

v.

David Winn,
    Respondent

Case No.: 04-40217-RGS

Petitioner's Memorandum In Support of Writ of Habeas Corpus Under 28 U.S.C. § 2241 (Petition).

The petitioner, Jared Silvan, until June 2, 2005, was an inmate at F.M.C.-Fort Devens, and respectfully files this memorandum in support of his original 2241 Petition of Oct 26, 2004.
Petitioner requests that this Court review and reevaluate petitioner's requested relief concerning his security/custody level and incident reports, as well as sanctions imposed upon petitioner, for reasons set forth below:

### Statement of Facts

Petitioner started his administrative remedy process in early (Aug. 2004). To date (June 2, 2005) the respondent (Warden David Winn), the Regional Office of the Northeast Region, and the B.O.P. Central Office have all conspired together to impede upon

(1)

and obstruct petitioner's administrative remedy process by rejecting petitioner's remedies for frivolous reasons. In an attempt to deter petitioner from further pursuing this administrative remedy process.

Petitioner has sent all responses (rebuttals) & (CM)-(Schuylkill) that have addressed the previous rejections, and have commented on the rejections.

On June 5, 2005 petitioner received a "receipt" and "Extension of time for response" — concerning his administrative remedy "BP-11", which is the final remedy in the administrative remedy process. See attached a copy of both receipts as Exhibit - A & B.

In Exhibit B the B.O.P. Central Office is requesting more time to respond to petitioner's BP-11 which will drag the administrative remedy process on until June 6, 2005.

Therefore, a process that takes 3-4 months to complete will now be close to one (1) full year with no conclusion in sight. Which in this case is/or should be unacceptable and should be dealt with accordingly.

Furthermore, all parties concerned have worked together in harmony to obstruct a negative conclusion concerning petitioner's administrative remedy process, and a

(2)

process that takes 3-4 months to complete, is now fastly approaching the (1) year.

Which is an attempt to deceive this Court by putting on record over issues with their tactics, rejections, and frivolous excuses concerning petitioners relief issues.

Wherefore, the Petitioner in the instant case respectfully request once again the indulgence of this most Honorable Court, as to unveil the abuse of authority like tactics, bestowed upon petitioner by the Respondent (Warden, David Winn) and his official staff.

The Petitioner will not belabor this Honorable Court with an unnecessary argument for the propriety of an expedient and equitable adjudication of a cause placed before this court for review. Whereas, is in the present case, all of the concomitant pleadings have been properly filed, and the issues and factual disputes, have been, or should be, properly framed for the court.

As such, Petitioner's cause is now "ripe" for disposition by this Honorable Court and the Petitioner respectfully requests that this Court will set arours the tactics of the Respondent, the Northeast Regional Office, and the B.O.P. Central Office, and review, evaluate, and issue petitioners relief requested in his 2241 Petition.

(3)

## Conclusion

The Petitioner prays for the foregoing reasons, that his relief will be granted and that this Court will Put an End to the retaliation, harassment, vindictiveness, unprofessionalism, and abuse of authority like tactics used by all parties concerned in a vain attempt to deter Petitioner from pursuing his administrative remedy pursuant to Rule 11. So petitioner can be granted his relief.

"Enough is enough and too much is too much!"

Respectfully submitted this 6th day of June, 2005.

James S. Gilliam, #57541-066
F.C.I. Schuylkill
P.O. Box 759
Minersville, Pa.
17954

```
                    RECEIPT - ADMINISTRATIVE REMEDY




DATE: JUNE 2, 2005




FROM: ADMINISTRATIVE REMEDY COORDINATOR
      BOP CENTRAL OFFICE

TO  : FOREST GILLIAM, 37541-060
      SCHUYLKILL FCI    UNT: 4      QTR: D07-204U



THIS ACKNOWLEDGES THE RECEIPT OF THE CENTRAL OFFICE APPEAL
IDENTIFIED BELOW:

REMEDY ID       : 355241-A3
DATE RECEIVED   : MAY 9, 2005
RESPONSE DUE    : JULY 8, 2005
SUBJECT 1       : TRANSFER FOR PROTECTION REASONS
SUBJECT 2       :
INCIDENT RPT NO:
```

Exhibit - A

```
             EXTENSION OF TIME FOR RESPONSE - ADMINISTRATIVE REMEDY




DATE: JUNE 2, 2005




FROM: ADMINISTRATIVE REMEDY COORDINATOR
      BOP CENTRAL OFFICE

TO  : FOREST GILLIAM, 37541-060
      SCHUYLKILL FCI    UNT: 4    QTR: D07-204U




ADDITIONAL TIME IS NEEDED TO RESPOND TO THE CENTRAL OFFICE APPEAL
IDENTIFIED BELOW.  WE ARE EXTENDING THE TIME FOR RESPONSE AS PROVIDED
FOR IN THE ADMINISTRATIVE REMEDY PROGRAM STATEMENT.


REMEDY ID       : 355241-A3
DATE RECEIVED   : MAY 9, 2005
RESPONSE DUE    : JULY 8, 2005
SUBJECT 1       : TRANSFER FOR PROTECTION REASONS
SUBJECT 2       :
INCIDENT RPT NO:
```

Exhibit - B

Certificate of Service

I, Forest Tilliam, hereby certify that I have sent a true and correct copy of this motion, via U.S. Mail, first class postage pre-paid to:

United States District Court
Office of the Clerk
1 Courthouse Way, Suite 2300
Boston, Ma. 02210

Warden Winn
U.S. Attorney's Office
Courthouse Way, Suite 9200
Boston, Ma. 02210

Pursuant to 28 U.S.C. § 1746

Signed and mailed on the 6th day of June, 2005

Forest Tilliam  37541-060
F.C.I. Schuylkill
P.O. Box 759
Minersville, Pa.
17954